## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ROBERT ZEVOLA, AN INDIVIDUAL, | : | No. 27 EAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| B. BRAUN MEDICAL INC., A | : | |
| PENNSYLVANIA CORPORATION, B. | : | |
| BRAUN INTERVENTIONAL SYSTEMS | : | |
| INC., A DELAWARE CORPORATION, AND | : | |
| B. BRAUN MEDICAL S.A.S., A FRENCH | : | |
| CORPORATION, | : | |
| | : | |
| Petitioners | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 18th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.